IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA,<br><br>    Plaintiff,<br><br>        v.<br><br>MARCUS EL BEY<br>EX REL;<br>also known as<br>Marcus Laquawn Lodge,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:16-CV-9-TWT |

**ORDER**

This is a purported removal of a criminal action pending in the Superior Court of Rockdale County. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the case to the Superior Court of Rockdale County. As set forth in the Report and Recommendation, there is no basis for the Defendant to remove this action to federal court. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Superior Court of Rockdale County.

T:\ORDERS\16\The State of Georgia\r&r.wpd

SO ORDERED, this 17 day of February, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge